UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Civil Case Number: 8:22-cv-00946-TPB-TGW**

Matthew Campbell,

               Plaintiff,

vs.

Credit Corp Solutions Inc.,

               Defendant.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 21, 2022

                                              Respectfully submitted,

                                              By /s/ Sergei Lemberg

                                              Sergei Lemberg, Esq.
                                              FL Bar No.: 1026228
                                              LEMBERG LAW, L.L.C.
                                              11555 Heron Bay Boulevard, Suite 200
                                              Coral Springs, FL 33076
                                              Telephone: (203) 653-2250
                                              Facsimile: (203) 653-3424
                                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2022, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By /s/ Sergei Lemberg

                                                Sergei Lemberg